# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Civil Action No. 5:25-cv-222-BO-RJ

| | | |
|---|---|---|
| JENNIFER SLOAN RACHMUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| ELLIOTT WARREN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

NOW COME Defendants, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move the Court for summary judgment in their favor as to all claims against them. As explained fully in the Memorandum in Support of Defendants' Motion for Summary Judgment filed contemporaneously with this Motion, there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law for the following reasons:

1) Defendant Officers are entitled to qualified immunity as to each of Plaintiff's claims brought under 42 U.S.C. § 1983;

2) Defendant Officers are entitled to public official immunity as to each of Plaintiff's claims brought under North Carolina tort law;

3) Plaintiff's Fourth Amendment claims fail because probable cause existed to arrest Plaintiff for cyberstalking;

4) Plaintiff's First Amendment claim's fails because probable cause existed to arrest Plaintiff for cyberstalking;

5) Plaintiff's Fourteenth Amendment claims fail because Defendant Officers acted without discriminatory animus when arresting Plaintiff;

6) Plaintiff's claims for malicious prosecution and false arrest fail because probable cause existed for Plaintiff's arrest;

7) Plaintiff's claim for intentional infliction of emotional distress under North Carolina tort law fails because Defendants Officers' actions were not extreme and outrageous;

8) Plaintiff's § 1983 claims against Defendant Officers in their official capacities fail because no Defendant Officer violated her constitutional rights and because Plaintiff cannot trace her injury to a policy of the Town or official capacity defendants;

9) Plaintiff's § 1983 claims against Defendant Officers in their official capacities fail because Defendant Officers are entitled to governmental immunity, as Plaintiff cannot show that the Town waived its governmental immunity.

In support of their Motion for Summary Judgment, Defendants submit the Declarations, deposition testimony, recordings, and other evidentiary materials cited to in Defendants' Local Civil Rule 56.1 Statement of Material Facts and attached to the Appendix to the Local Civil Rule 56.1 Statement of Material Facts.

**WHEREFORE**, Defendants respectfully pray unto the Court that the Court grant Defendants' Motion for Summary Judgment and enter an order directing that Plaintiff's claims be dismissed with prejudice.

This the 3rd day of August, 2026.

**HARTZOG LAW GROUP LLP**

*/s/ Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
Email: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
Email: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, North Carolina 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants, and deposited a copy in the U.S. Mail, first-class postage prepaid, and addressed as follows:

James T. Johnson
**DeMent Askew Johnson & Marshall**
333 Fayetteville Street, Suite 1513
Raleigh, NC 27601
jjohnson@dementaskew.com

Kellen S. Dwyer
Daniel A. Bruce
**Holtzman Vogel Baran Torchinsky & Josefiak, PLLC**
2300 N. Street NW, Suite 643
Washington, D.C. 20037
kdwyer@holtzmanvogel.com
dbruce@holtzmanvogel.com

*Attorneys for Plaintiff*

This the 3rd day of August, 2026.

**HARTZOG LAW GROUP LLP**

*/s/ Katherine Barber-Jones.*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
Email: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
Email: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, North Carolina 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*