# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Civil Action No. 5:25-cv-222-BO-RJ

JENNIFER SLOAN RACHMUTH, )
)
Plaintiff, )
)
v. )
)
ELLIOT WARREN, et. al., )
)
Defendants. )
)
)

**APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**

1. Declaration of Benjamin Marino

   a. Marino Decl. Ex. 1, Plaintiff's X (Twitter) Post and Replies

   b. Marino Decl. Ex. 2, Body-Worn Camera Footage (recording to be submitted manually and under seal with the Court's leave)

2. Declaration of Edgar Hernandez

   a. Hernandez Decl. Ex. 1, Body-Worn Camera Footage (recording to be submitted manually and under seal with the Court's leave)

3. Declaration of Elliot Warren

   a. Warren Decl. Ex. 1, Body-Worn Camera Footage (recording to be submitted manually and under seal with the Court's leave)

   b. Warren Decl. Ex. 2, Incident/Investigation Report (document to be submitted under seal with the Court's leave)

   c. Warren Decl. Ex. 3, Patrol Vehicle Camera Footage (recording to be submitted manually and under seal with the Court's leave)

d. Warren Decl. Ex. 4, Plaintiff's X (Twitter) Post and Replies

4. Deposition of Benjamin Marino

5. Deposition of Edgar Hernandez

6. Deposition of Elliot Warren

   a. Warren Dep. Ex. 9, Warrant for Arrest

7. Declaration of Paul Liquorie

   a. Liquorie Decl. Ex. 1, HSPD Written Directive 840.01 – Criminal Investigations

   b. Liquorie Decl. Ex. 2, HSPD Written Directive 710.03 – Service of Legal Process

   c. Liquorie Decl. Ex. 3, HSPD Written Directive 840.01 – Follow-Up Investigative Notifications and Responsibilities

   d. Liquorie Decl. Ex. 4, HSPD Written Directive 820.11 – Interaction with the Mentally Ill

   e. Liquorie Decl. Ex. 5, HSPD Written Directive 820.09 – Bias Free Policing

8. Deposition of Plaintiff Jennifer Sloan Rachmuth

   a. Plaintiff Dep. Ex. A, Plaintiff's X (Twitter) Posts & Replies

9. Declaration of Melissa Ottaway

This the 3rd day of August, 2026.

**HARTZOG LAW GROUP LLP**

/s/ *Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-email: dhartzogjr@hartzoglawgroup.com

2

KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants, and deposited a copy in the U.S. Mail, first-class postage prepaid, and addressed as follows:

James T. Johnson
**DeMent Askew Johnson & Marshall**
333 Fayetteville Street, Suite 1513
Raleigh, NC 27601
jjohnson@dementaskew.com

Kellen S. Dwyer
Daniel A. Bruce
**Holtzman Vogel Baran Torchinsky & Josefiak, PLLC**
2300 N. Street NW, Suite 643
Washington, D.C. 20037
kdwyer@holtzmanvogel.com
dbruce@holtzmanvogel.com

*Attorneys for Plaintiff*

This the 3rd day of August, 2026.

**HARTZOG LAW GROUP LLP**

/s/ *Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-email: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*

4